ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Telos Corporation | ) ASBCA No. 62600 |
| | ) |
| Under Contract No. FA8771-04-D-0009 | ) |

APPEARANCES FOR THE APPELLANT:     Paul E. Pompeo, Esq.
                                   Thomas A. Pettit, Esq.
                                    Arnold & Porter Kaye Scholer LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
                                    Air Force Deputy Chief Trial Attorney
                                   Christopher M. Judge, Esq.
                                    Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE STEPHANIE CATES-HARMAN

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,593,059. Appellant has agreed to waive Contract Disputes Act interest.

Dated: March 3, 2021

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62600, Appeal of Telos Corporation, rendered in conformance with the Board's Charter.

Dated: March 5, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals